ILYA NOVOFASTOVSKY, ESQ.
ELLIE A. SILVERMAN, ESQ.*
JENNIFER S. HEITMAN, ESQ.
MATTHEW B. SEGAL, ESQ.*
JAY STERMAN, ESQ.
MICHAEL A. SIMON, ESQ.
SCOTT BRETTSCHNEIDER, ESQ., of counsel
JUSTIN BONUS, ESQ., of counsel*



**NOVO LAW FIRM P.C.**

ATTORNEYS AND COUNSELORS AT LAW
299 BROADWAY, 17TH FLOOR
NEW YORK, NEW YORK 10007

TELEPHONE: (212) 233-6686
FACSIMILE: (212) 233-6687

STATES OF ADMISSION:
NEW YORK
* NEW JERSEY

March 1, 2017

**VIA ECF**
Honorable Naomi Reice Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: Jarrett Frost v. City of New York, et al.
        15 Civ. 4843 (NRB)

Your Honor:

    I am a Senior Associate at Novo Law Firm, PC and am the attorney assigned to represent Plaintiff JARRETT FROST in the above-referenced matter. I write this status letter jointly, with Erica Haber, Esq., Senior Counsel of the Special Federal Litigation Division, and the attorney assigned to represent Defendants in this case.

    Months ago, Plaintiff requested all pretrial proceedings to determine whether there were any motions made or challenges against the indictment. Plaintiff has also requested the full record of the state criminal proceeding. In order to obtain the entire record of the underlying criminal court proceedings, we have been instructed that a representative needs to go to the courthouse in person and copy page by page the documents. Being shorthanded, it has become a difficult feat however, Plaintiff anticipates being able to send someone by the end of the month.

    Plaintiff and Defendants have conferred that at this point, they are now in possession of different portions of the underlying criminal investigation/court proceedings. All parties agree to exchange these documents this week.

    The parties are continuing to work together cooperatively.

                                    Respectfully submitted,

                                    Ellie Silverman

CC: VIA ECF – *Erica Haber, Esq.* – Attorney for Defendants