```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JARRETT FROST,

                Plaintiff,
                                                    ORDER
        - against -
                                              15 Civ. 4843 (NRB)
THE CITY OF NEW YORK, ET AL.

                Defendants.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Counsel for the parties are directed to appear **telephonically** for a status conference with the Court on March 9, 2021 at 12:00 p.m.  The dial-in and passcode information will be posted to ECF on the date of the teleconference.

If the parties decide to settle or otherwise terminate the case before that date, counsel are not required to appear via teleconference, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed via ECF before the date of the teleconference.

In the event that the case is not settled or otherwise terminated, the parties are ordered to submit a joint status letter of no more than three pages by March 2, 2021 outlining their position on the remaining issues in the case and any pretrial motions they anticipate raising.

**SO ORDERED**

Dated:    New York, New York
          February 9, 2021

                                                NAOMI REICE BUCHWALD
                                      UNITED STATES DISTRICT JUDGE