```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
JARRETT FROST,

                    Plaintiff,
                                                    ORDER
        - against -
                                              15 Civ. 4843 (NRB)
THE CITY OF NEW YORK, ET AL.

                    Defendants.
----------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

WHEREAS the parties submitted a joint letter dated June 11, 2021 outlining their positions on the proposed scope of discovery (ECF No. 140); and

WHEREAS defendants propose to take discovery of Leon Vega, and the prosecutor and criminal defense attorney who were present at the interview where Mr. Vega claimed in an affidavit submitted after the close of discovery that he was coerced by detectives into identifying plaintiff as the perpetrator; and

WHEREAS plaintiff proposes to conduct discovery into his municipal liability claims; and

WHEREAS defendants further request that the Court exercise supplemental jurisdiction over plaintiffs' state law claims, which are currently pending in state court, and plaintiff consents to the Court resuming jurisdiction over his state law claims; and

WHEREAS the Court is willing to exercise supplemental jurisdiction over those claims; it is hereby

**ORDERED** that defendants are granted leave to conduct discovery related to Mr. Vega's interview, including the depositions of Mr. Vega and the prosecutor and defense counsel who were present at the interview in question; and it is further

**ORDERED** that such discovery be completed by September 14, 2021; and it is further

**ORDERED** that plaintiff is denied leave conduct further discovery into his municipal liability claims at this juncture; and it is further

**ORDERED** that the parties submit a joint letter of no more than three pages outlining proposed next steps in this case by September 30, 2021.

Dated:   New York, New York
         June 14, 2021

                                                    NAOMI REICE BUCHWALD
                                              UNITED STATES DISTRICT JUDGE