UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
JARRETT FROST,

           Plaintiff,

      - against -

THE CITY OF NEW YORK, ET AL.,

           Defendants.
-------------------------------X

**ORDER**

15 Civ. 4843 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    WHEREAS, on August 12, 2022, plaintiff's counsel informed this Court of the death of plaintiff Jarrett Frost, see ECF No. 160;

    WHEREAS, on September 30, 2022, this Court ordered that a suggestion of death may be filed on the record without a death certificate, but must be filed by a representative of the deceased party, counsel retained by a representative of the deceased party, or defendants, see ECF No. 163;

    WHEREAS, on June 2, 2023, defendants filed a suggestion of death of plaintiff Jarrett Frost upon the record pursuant to Federal Rule of Civil Procedure 25(a)(1) requesting that any motion for substitution of a proper party be made within ninety days, see ECF No. 164; and

    WHEREAS, there has been no motion for substitution of a proper party made in ninety days; it is hereby

**ORDERED** that this case is dismissed without prejudice. The Clerk of Court is respectfully instructed to close the case.

Dated:  New York, New York
        September 7, 2023

                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE